UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JACOB WEISS,<br><br>　　　　　Defendant. | CASE NO.: 25CR0701-W<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE |

**IT IS HEREBY ORDERED** that the Motion Setting set for March 24, 2025, be continued as a Status Hearing on April 21, 2025, at 9:30 AM.

The Court finds that time is excluded in the interests of justice pursuant to 3161(h)(7)(A) and under 18 U.S.C. § 3161(h)(1)(D) because motions are pending.

**IT IS SO ORDERED.**

Dated: 3/19/25

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE